FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 0 6 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| LYEDREKUS ONETAYE BAILEY | 2:23-CR-030-SCJ |

I, Lyedrekus Onetaye Bailey, the above-named defendant, who is accused of conspiracy to distribute controlled substances, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on October 6, 2023 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Lyedrekus Onetaye Bailey
Defendant

_____
Adam Hames
Counsel for Defendant

Before _____
        Judicial Officer