# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
201 UNITED STATES COURTHOUSE
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501

**KEVIN P. WEIMER**　　　　　　　　　　　　　　　　　　　　**DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**　　　　　　　　　　　　　　　　678-470-2760
**AND CLERK OF COURT**

January 30, 2024

Clerk's Office - **USCA No.** 24-10288-D
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

　　**Re:**　*United States of America v. Lyedrekus Onetaye Bailey* USDC Criminal No. 2:23-CR-0030-01-SCJ

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed. |
| | Original record transmitted pursuant to request.   (See attached copy of request.) |
| **X** | Appeal fees not been paid. |
| | Certified copy of order appointing Federal Defender Program enclosed. |
| **X** | Certified copy of CJA order appointing counsel enclosed. |
| | Appellant has been forwarded an application to proceed IFP. |
| | Appellant has been granted leave to proceed IFP, copy of order enclosed. |
| | An appeal bond has been denied. |
| | Magistrate/Judge appealed from is **Honorable Steve C. Jones.** |
| **X** | Other:  Amended Notice of Appeal filed on 01/30/2024. |

The enclosed certified,   record on appeal consists of:

| | | | |
|---|---|---|---|
| | Volume(s) of pleadings. | | Volume(s) of exhibits. |
| | Volume(s) of transcripts. | | PSI enclosed. (SEALED) |

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　Kevin P. Weimer
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　By:　D. McGoldrick
Enclosures　　　　　　　　　　　　　　Deputy Clerk