**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| LYEDREKUS ONETAYE BAILEY, | : | MOTION TO VACATE |
| BOP Reg. No. 35258510, | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 2:23-CR-0030-SCJ-AWH-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| Respondent. | : | 2:26-CV-0147-SCJ-AWH |

## **ORDER**

Movant Lyedrekus Onetaye Bailey, a federal prisoner currently confined at the Federal Correctional Institution in Yazoo City, Mississippi, has filed a *pro se* 28 U.S.C. § 2255 motion challenging his 2024 guilty plea conviction and sentence in this Court for conspiracy to distribute at least 40 grams of fentanyl and at least 100 grams of heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. See Doc. 46 at 1; Doc. 10 at 1. The Court has screened the § 2255 motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts and finds that the motion contains facially cognizable claims for § 2255 relief. Accordingly, the government is **ORDERED** to file a response to the § 2255 motion within **SIXTY (60) DAYS** from the date of this Order.

If Movant wishes to file a reply to the government's response, he must file his reply within **FOURTEEN (14) DAYS** after service of the government's response. See LR 7.1(C), NDGa. In accordance with Local Rule 7.1(D), absent prior permission of the Court, Movant's reply may not exceed fifteen (15) pages in length, and, in accordance with Local Rule 5.1, must be typed or legibly handwritten on one side of the page only, be double spaced between lines, not be materially defaced by erasures or interlineations, and must include top margins of not less than one and one half (1 ½) inches and a left margin of not less than one (1) inch.  See LR 7.1(D), NDGa.; LR 5.1(C)-(D), NDGa.

**SO ORDERED**, this 15th day of June, 2026.

_____
Anna W. Howard
United States Magistrate Judge

2